# LESTER KORINMAN KAMRAN & MASINI, P.C.
## Attorneys at Law
## 600 Old Country Road
## Suite 330
## Garden City, New York 11530
## (516) 357-9191

## CHAPTER 11 RETAINER AND REPRESENTATION AGREEMENT

The undersigned, DEACON BRODY MANAGEMENT, INC. (the "Debtor") Debtor herein, retains and employs Lester Korinman Kamran & Masini, P.C., Attorneys at Law, to represent the Debtor in a case to be initiated under Chapter 11 of the Bankruptcy Code. The legal services to be rendered by Lester Korinman Kamran & Masini, P.C., are as follows (1) preparation and filing of a Petition, Schedules, Statement of Financial Affairs and Statement of Executory Contracts; (2) attendance at all meetings of Creditors, Hearings, Pretrial Conferences, and trials in the case or any litigation arising in connection with the case, whether in State or Federal Court; (3) preparation, filing and presentation to the Court of any pleadings requesting relief; (4) preparation, filing and presentation to the Court of a Disclosure Statement and Plan of Reorganization under Chapter 11 of the Bankruptcy Code; (5) review of claims made by creditors or interest parties, preparation and prosecution of any objections to claims as appropriate; and (6) preparation and presentation of a final accounting and motion for a final decree closing the bankruptcy case.

In consideration of the legal services to be rendered DEACON BRODY MANAGEMENT, INC., by Lester Korinman Kamran & Masini, P.C., DEACON BRODY MANAGEMENT, INC., agrees to cause Lester Korinman Kamran & Masini, P.C., to be paid the sum of Twenty Thousand ($20,000.00) Dollars, in cash or by cashier's check as a retainer on or before March 23, 2022, or the date a petition is filed on behalf of DEACON BRODY MANAGEMENT, INC., whichever is sooner.

The undersigned understands and agrees that services rendered to the Debtor will be charged and billed at an hourly rate of $450.00 for Senior Partners, $395.00 for Partners, $300.00 for Associates, $200.00 for Law Clerks, and $150.00 for Paralegals.

The undersigned further understands and agrees that the hourly rate for court appearances will be charged and billed at an hourly rate of $450.00 for Senior Partners, $395.00 for Partners, and $300.00 for Associates.

It is understood that the Debtor, DEACON BRODY MANAGEMENT, INC., bears the responsibility for all postage incurred relating to his Chapter 11 filings and that the Debtor will escrow enough funds to cover postage for required mailings.

The undersigned understands and acknowledges that no guarantees of any specific result have been made by Lester Korinman Kamran & Masini, P.C., and acknowledges and agrees that Lester Korinman Kamran & Masini, P.C., will utilize their best efforts to obtain approval and confirmation of a plan of reorganization or arrangement under Chapter 11 of the Bankruptcy Code, but that Lester Korinman Kamran & Masini, P.C., make no warranty or guaranty of approval or confirmation of such plan.

Signed and agreed to on March 23, 2022.

_____
Donald Finley
President
DEACON BRODY MANAGEMENT, INC.